# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2165
Lower Tribunal No. 21-CA-1015

_____

ANDREW BRYANT SHEETS,

Appellant,

v.

CITY OF PUNTA GORDA,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and BROWNLEE, JJ., concur.


Phares Heindl, Participating Attorney, of The Rutherford Institute, Marco Island, for Appellant.

David M. Levin, City Attorney, of Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED